## 7160. HOUSE *v.* CITY OF DUBLIN.

BROYLES, J. 1. Whether a witness in a trial in a recorder's court has been successfully impeached is a question for the recorder. It is within the power and right of that official to believe a witness, no matter what effort may have been made to impeach him, or what testimony has been presented for that purpose, and even though the witness be not corroborated. See *Rice* v. *City of Eatonton,* 15 *Ga. App.* 505 (83 S. E. 868), and cases therein cited.

2. The evidence, as disclosed by the petition for certiorari, authorized the conviction of the accused, and the judge of the superior court did not err in refusing to sanction the certiorari.

*Judgment affirmed. Russell, C. J., absent.*

DECIDED APRIL 17, 1916.

Petition for certiorari; from Laurens superior court—Judge Kent. December 1, 1915.

*Camp & Twitty,* for plaintiff in error.

---

## 7167. HALL *v.* THE STATE.

BROYLES, J. Under the evidence and the defendant's statement, the verdict rendered was demanded; and it is therefore unnecessary to consider the alleged errors of commission and omission in the charge of the court.

*Judgment affirmed. Russell, C. J., absent.*

DECIDED APRIL 17, 1916.

Conviction of assault and battery; from Baldwin superior court —Judge Park. December 6, 1915.

*Sibley & Sibley,* for plaintiff in error.

*Joseph E. Pottle, solicitor-general,* contra.